Form B3B
(04/09/06)

United State Bankruptcy Court
Northern___ District of ___Illinois___

In re:      ___Nakeisha Shanee'Williams___          Case No.  ___07 B 18317___
            Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[x] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ _74.75_____ on or before _November 13, 2007_

    $ _74.75_____ on or before _December 11, 2007_

    $ _74.75_____ on or before _January 8, 2008_

    $ _74.75_____ on or before _February 5, 2008_

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
                                        (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

*/Pamela S Hollis/*

**DATE:** 10/10/07

Pamela S. Hollis/United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:   07 B 18317
Case Name:     Nakeisha Shanee'Williams

I, Lynda Austin, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 10th day of October, 2007, I caused to be served via the Court's electronic notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated: October 10, 2007

to each of the following named individuals:

**Nakeisha Shanee' Williams (**)**
14225 Maryland Ave
Dolton, IL 60419

**Andrew J Maxwell, ESQ**
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603

*Office of the U.S. Trustee*
**William T Neary**

_____
Lynda Austin
Courtroom Deputy